☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In re:** | **Robbin Kent** | **Case No.** |
| **Debtors:** | | **Chapter 13** |

### CHAPTER 13 PLAN

**ADDRESS:**    (1)  **3413 Felton Road**          (2) _____
**Memphis, TN 38128**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **500.00** _____ (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____ **OR ( X ) DIRECT PAY**

**Debtor(2)** shall pay $ _____ (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____ **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**     ☐ **YES**     ☑ **NO**
(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**     ☑ **YES**     ☐ **NO**
       **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**     ☐ **YES**     ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                            Monthly Plan Payment:

**None**          Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
              ongoing payment begins _____     $ _____
              Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

| | | | |
|---|---|---|---|
| **Internal Revenue Service** | Amount | **171.58** | $ **2.00** |
| **Navient Post Claim Assistance MC E2142** | Amount | **16,244.00** | $ **270.00** |

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**          ongoing payment begins _____     $ _____
              Approximate arrearage: _____ Interest _____     $ _____

**7. SECURED CLAIMS:**

| | | | |
|---|---|---|---|
| Conns Furniture and Appliances | 6300.00 | 5.25 | **100.00** |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
   **SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| | | | |
| | | | |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-** _____    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None** _____    ☐   Not provided for   **OR**  ☐   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-** _____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $65,790.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐   _____ **%, OR,**

☑   **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None** _____    ☐   Assumes   **OR**  ☐   Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

   **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ Ted I. Jones** _____    Date **October 15, 2019** _____ .
**Ted I. Jones**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy